| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com | |
| ☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Riverside Division

In re:
Linda Roselyn Gomez

CASE NO.:
CHAPTER: 7

**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

Debtor(s)

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    During the 60-day period before the Petition Date ( *Check only ONE box below* ):

    ☑ I was paid by an employer. Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☐ I was not paid by an employer because I was either self-employed only, or not employed.

Date: 01/24/2024     Linda Roselyn Gomez        _[signature]_
                     Printed name of Debtor 1    Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    During the 60-day period before the Petition Date ( *Check only ONE box below* ):

    ☐ I was paid by an employer. Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☐ I was not paid by an employer because I was either self-employed only, or not employed.

Date: _____    _____    _____
                       Printed name of Debtor 2    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015

F 1002-1.EMP.INCOME.DEC



| University of California<br>14350-1 Meridian Parkway<br>Riverside, CA  92518<br>855/982-7284 | Business Unit: UC Riverside Campus<br>Pay Begin Date: 12/10/2023<br>Pay End Date: 12/23/2023<br>Advice #: **000000069562245**<br>Advice Date: 01/03/2024 |
|---|---|

 PAY PERIOD STATEMENT

**Linda Gomez**
4587 Jurupa Ave
Riverside, CA  92506

Employee ID: 10563965
Department:  D01159-Office of Campus Veterinarian
Location:    UNIV OFC BLD
Job Title:   ANML TCHN AST
Pay Rate:    $21.500000 Hourly

### TAX DATA

| Description | Federal | CA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | N/A | 2 |
| Addl.Allowances: | N/A | |
| Addl. Amount: | | 20.00 |

### HOURS AND EARNINGS

| Description | Begin Date | End Date | Current Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular Pay | 12/17/2023 | 12/23/2023 | 21.500000 | 40.00 | 860.00 | | |
| Regular Pay | 12/10/2023 | 12/16/2023 | 21.500000 | 40.00 | 860.00 | 80.00 | 1,720.00 |
| **TOTAL:** | | | | **80.00** | **1,720.00** | **80.00** | **1,720.00** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 105.97 | 105.97 |
| Fed MED/EE | 24.27 | 24.27 |
| Fed OASDI/EE | 103.77 | 103.77 |
| CA Withholdng | 40.28 | 40.28 |
| **TOTAL:** | **274.29** | **274.29** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Kaiser Perm SoCal | 18.25 | 18.25 |
| UC Retirement Plan | 154.80 | 154.80 |
| Parking Pre Tax | 28.00 | 28.00 |
| **TOTAL:** | **201.05** | **201.05** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Hospital Indemnity | 8.10 | 8.10 |
| Supplemental Life | 5.31 | 5.31 |
| Expanded Dep Life - Child | 0.16 | 0.16 |
| Voluntary Long-Term Disability | 15.00 | 15.00 |
| Voluntary ShortTerm Disability | 10.50 | 10.50 |
| **TOTAL:** | **39.07** | **39.07** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Kaiser Perm SoCal | 378.52 | 378.52 |
| DeltaCare USA | 17.49 | 17.49 |
| Vision Service Plan | 10.87 | 10.87 |
| Basic Life | 3.92 | 3.92 |
| Basic Disability | 8.04 | 8.04 |
| UC Retirement Plan | 240.80 | 240.80 |

*TAXABLE

| | TOT GRS | FED TAX GRS | OASDI GRS | MED GRS | ST TAX GRS | TOT TAX | TOT DED | NET PAY |
|---|---|---|---|---|---|---|---|---|
| Current | 1,720.00 | 1,518.95 | 1,673.75 | 1,673.75 | 1,518.95 | 274.29 | 240.12 | 1,205.59 |
| YTD | 1,720.00 | 1,518.95 | 1,673.75 | 1,673.75 | 1,518.95 | 274.29 | 240.12 | 1,205.59 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000069562245 | Checking | XXXXXXX8289 | 100.00 |
| | Checking | XXX6190 | 1,105.59 |
| **TOTAL:** | | | **1,205.59** |

**MESSAGE:** Did your tax status change? Don't forget to update your W-4



**University of California**
14350-1 Meridian Parkway
Riverside, CA  92518
855/982-7284

Business Unit:    UC Riverside Campus
Pay Begin Date:  11/12/2023
Pay End Date:    11/25/2023
Advice #:        **000000069171380**
Advice Date:     12/06/2023

## TAX DATA

| Description | Federal | CA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | N/A | 2 |
| Addl.Allowances: | N/A | |
| Addl. Amount: | | 20.00 |

**Linda Gomez**
4587 Jurupa Ave
Riverside, CA  92506

Employee ID: 10563965
Department:  D01159-Office of Campus Veterinarian
Location:    UNIV OFC BLD
Job Title:   ANML TCHN AST
Pay Rate:    $21.500000 Hourly

## HOURS AND EARNINGS

| Description | Begin Date | End Date | Current Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular Pay | 11/19/2023 | 11/25/2023 | 21.500000 | 40.00 | 860.00 | | |
| Regular Pay | 11/12/2023 | 11/18/2023 | 21.500000 | 40.00 | 860.00 | 1,917.00 | 36,437.60 |
| Sick Leave-Paid Hour | | | | | | 40.00 | 825.44 |
| Vacation Leave-Used | | | | | | 43.00 | 896.96 |
| **TOTAL:** | | | | **80.00** | **1,720.00** | **2,000.00** | **41,473.60** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 109.89 | 2,571.24 |
| Fed MED/EE | 24.27 | 583.47 |
| Fed OASDI/EE | 103.77 | 2,494.85 |
| CA Withholdng | 41.65 | 976.82 |
| **TOTAL:** | **279.58** | **6,626.38** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Kaiser Perm SoCal | 18.25 | 590.03 |
| UC Retirement Plan | 154.80 | 3,732.66 |
| Parking Pre Tax | 28.00 | 644.00 |
| **TOTAL:** | **201.05** | **4,966.69** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Hospital Indemnity | 8.10 | 8.10 |
| Supplemental Life | 5.31 | 117.07 |
| Expanded Dep Life - Child | 0.16 | 3.68 |
| Voluntary Long-Term Disability | 14.34 | 329.82 |
| Voluntary ShortTerm Disability | 10.04 | 230.92 |
| **TOTAL:** | **37.95** | **689.59** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Kaiser Perm SoCal | 378.52 | 13,738.68 |
| DeltaCare USA | 17.49 | 363.66 |
| Vision Service Plan | 10.87 | 129.23 |
| Basic Life | 3.92 | 47.04 |
| Basic Disability | 8.04 | 96.48 |
| UC Retirement Plan | 240.80 | 5,806.34 |
| *TAXABLE | | |

| | TOT GRS | FED TAX GRS | OASDI GRS | MED GRS | ST TAX GRS | TOT TAX | TOT DED | NET PAY |
|---|---|---|---|---|---|---|---|---|
| Current | 1,720.00 | 1,518.95 | 1,673.75 | 1,673.75 | 1,518.95 | 279.58 | 239.00 | 1,201.42 |
| YTD | 41,473.60 | 36,506.91 | 40,239.57 | 40,239.57 | 36,506.91 | 6,626.38 | 5,656.28 | 29,190.94 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000069171380 | Checking | XXXXXXX8289 | 100.00 |
| | Checking | XXX6190 | 1,101.42 |
| **TOTAL:** | | | **1,201.42** |

**MESSAGE:**



| University of California | | Business Unit: | UC Riverside Campus |
|---|---|---|---|
| 14350-1 Meridian Parkway | | Pay Begin Date: | 11/26/2023 |
| Riverside, CA  92518 | | Pay End Date: | 12/09/2023 |
| 855/982-7284 | | Advice #: | **000000069315233** |
| | | Advice Date: | 12/20/2023 |

### TAX DATA

| | | | | Description | Federal | CA State |
|---|---|---|---|---|---|---|
| **Linda Gomez** | Employee ID: 10563965 | | | Tax Status: | Single | Single |
| 4587 Jurupa Ave | Department: D01159-Office of Campus Veterinarian | | | Allowances: | N/A | 2 |
| Riverside, CA  92506 | Location: UNIV OFC BLD | | | Addl.Allowances: | N/A | |
| | Job Title: ANML TCHN AST | | | Addl. Amount: | | 20.00 |
| | Pay Rate: $21.500000 Hourly | | | | | |

### HOURS AND EARNINGS

| Description | Begin Date | End Date | Current Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular Pay | 12/03/2023 | 12/09/2023 | 21.500000 | 40.00 | 860.00 | | |
| Regular Pay | 11/26/2023 | 12/02/2023 | 21.500000 | 40.00 | 860.00 | 1,997.00 | 41,471.20 |
| Sick Leave-Paid Hour | | | | | | 40.00 | 825.44 |
| Vacation Leave-Used | | | | | | 43.00 | 896.96 |
| **TOTAL:** | | | | 80.00 | 1,720.00 | 2,080.00 | 43,193.60 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 109.89 | 2,681.13 |
| Fed MED/EE | 24.27 | 607.74 |
| Fed OASDI/EE | 103.78 | 2,598.63 |
| CA Withholdng | 41.65 | 1,018.47 |
| **TOTAL:** | **279.59** | **6,905.97** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Kaiser Perm SoCal | 18.25 | 608.28 |
| UC Retirement Plan | 154.80 | 3,887.46 |
| Parking Pre Tax | 28.00 | 672.00 |
| **TOTAL:** | **201.05** | **5,167.74** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Hospital Indemnity | 8.10 | 16.20 |
| Supplemental Life | 5.31 | 122.38 |
| Expanded Dep Life - Child | 0.16 | 3.84 |
| Voluntary Long-Term Disability | 14.34 | 344.16 |
| Voluntary ShortTerm Disability | 10.04 | 240.96 |
| **TOTAL:** | **37.95** | **727.54** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Kaiser Perm SoCal | 378.52 | 14,117.20 |
| UC Retirement Plan | 240.80 | 6,047.14 |
| DeltaCare USA | | 363.66 |
| Vision Service Plan | | 129.23 |
| Basic Life | | 47.04 |
| Basic Disability | | 96.48 |
| *TAXABLE | | |

| | TOT GRS | FED TAX GRS | OASDI GRS | MED GRS | ST TAX GRS | TOT TAX | TOT DED | NET PAY |
|---|---|---|---|---|---|---|---|---|
| Current | 1,720.00 | 1,518.95 | 1,673.75 | 1,673.75 | 1,518.95 | 279.59 | 239.00 | 1,201.41 |
| YTD | 43,193.60 | 38,025.86 | 41,913.32 | 41,913.32 | 38,025.86 | 6,905.97 | 5,895.28 | 30,392.35 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000069315233 | Checking | XXXXXXX8289 | 100.00 |
| | Checking | XXX6190 | 1,101.41 |
| **TOTAL:** | | | **1,201.41** |

**MESSAGE:** Did your tax status change? Don't forget to update your W-4



| | | |
|---|---|---|
| **University of California**<br>14350-1 Meridian Parkway<br>Riverside, CA 92518<br>855/982-7284 | **PAY PERIOD ADVICE STATEMENT** | Business Unit:    UC Riverside Campus<br>Pay Begin Date:  12/24/2023<br>Pay End Date:    01/06/2024<br>Advice #**:**        **000000069685948**<br>Advice Date:      01/17/2024 |

| | | | |
|---|---|---|---|
| **Linda Gomez**<br>4587 Jurupa Ave<br>Riverside, CA 92506 | Employee ID: 10563965<br>Department:    D01159-Office of Campus Veterinarian<br>Location:          UNIV OFC BLD<br>Job Title:         ANML TCHN AST<br>Pay Rate:         $21.500000 Hourly | | **TAX DATA** |
| | | | **Description**    **Federal**   **CA State**<br>Tax Status:           Single         Single<br>Allowances:         N/A              2<br>Addl.Allowances:   N/A<br>Addl. Amount:                          20.00 |

## HOURS AND EARNINGS

| Description | Begin Date | End Date | Current Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular Pay | 12/31/2023 | 01/06/2024 | 21.500000 | 40.00 | 860.00 | | |
| Regular Pay | 12/24/2023 | 12/30/2023 | 21.500000 | 40.00 | 860.00 | 160.00 | 126.39 |
| **TOTAL:** | | | | **80.00** | **1,720.00** | **160.00** | **3,440.00** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 105.97 | 211.94 |
| Fed MED/EE | 24.27 | 48.54 |
| Fed OASDI/EE | 103.78 | 207.55 |
| CA Withholdng | 40.28 | 80.56 |
| **TOTAL:** | **274.30** | **548.59** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Kaiser Perm SoCal | 18.25 | 36.50 |
| UC Retirement Plan | 154.80 | 309.60 |
| Parking Pre Tax | 28.00 | 56.00 |
| **TOTAL:** | **201.05** | **402.10** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Hospital Indemnity | 8.10 | 16.20 |
| Supplemental Life | 5.31 | 10.62 |
| Expanded Dep Life - Child | 0.16 | 0.32 |
| Voluntary Long-Term Disability | 15.00 | 30.00 |
| Voluntary ShortTerm Disability | 10.50 | 21.00 |
| **TOTAL:** | **39.07** | **78.14** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Kaiser Perm SoCal | 378.52 | 757.04 |
| UC Retirement Plan | 240.80 | 481.60 |
| DeltaCare USA | | 17.49 |
| Vision Service Plan | | 10.87 |
| Basic Life | | 3.92 |
| Basic Disability | | 8.04 |
| *****TAXABLE** | | |

| | TOT GRS | FED TAX GRS | OASDI GRS | MED GRS | ST TAX GRS | TOT TAX | TOT DED | NET PAY |
|---|---|---|---|---|---|---|---|---|
| Current | 1,720.00 | 1,518.95 | 1,673.75 | 1,673.75 | 1,518.95 | 274.30 | 240.12 | 1,205.58 |
| YTD | 3,440.00 | 3,037.90 | 3,347.50 | 3,347.50 | 3,037.90 | 548.59 | 480.24 | 2,411.17 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000069685948 | Checking | XXXXXXX8289 | 100.00 |
| | Checking | XXX6190 | 1,105.58 |
| **TOTAL:** | | | **1,205.58** |

**MESSAGE:**